IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH JUDD FOR PRESIDENT.US, Plaintiff,

    v.

No. 2:13-cv-0537 LJM A- (ps)

BARACK OBAMA (an individual;
Deborah Bowen, Secretary of State of California;
Democratic Party of California, Defendants.

**FILED**

MAR 18 2013



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiff, KEITH JUDD, Pro Se, a Democratic Candidate for President of the United States of America, asks this Court to Grant Declaratory Judgment:

1.) To Declare Barack Obama Was Born A British Citizen of Kenya, East Africa;

2.) To Declare Keith Judd is a Natural Born Citizen of the United States.

### STATEMENT OF THE CASE

During the 2007-2008 Election cycle, KEITH JUDD, was an active Democratic Candidate for President of the United States, and was wrongfully denied Ballot Access to this State's Democratic Presidential Primary Election Ballot and/or this State's Democratic Party Caucus. However, KEITH JUDD, was a Certified Write-In Democratic Candidate for President in several States, including California. The State of Idaho placed KEITH JUDD on the 2008 Primary Ballot as a Democratic Candidate for President of the United States. However, the Democratic Party of Idaho expressed anger and instead held a Caucus and denied KEITH JUDD participation. As the Democratic Party Presidential Caucuses are authorized by the State, the Caucus is unconstitutional denial of Citizens Right to Vote.

During the 2007-2008 Election cycle, KEITH JUDD filed Petitions with this State's Chief Election Officer challenging placement of BARACK OBAMA on the 2008 Presidential Primary Election Ballot or Caucus and the 2008 General Election Ballot, based on the legal fact that Barack Obama was born a Citizen of Kenya, East Africa. The Chief Election Officer failed to render any opinion or decision.

During the 2011-2012 Election cycle, KEITH JUDD, again sought to gain Ballot access to this State's Primary Election and/or Caucus, as a Democratic Candidate for President of the United States. The Democratic Party denied KEITH JUDD any access or participation in the 2012 Presidential Caucus, and the Chief Election Officer of this State wrongfully denied KEITH JUDD a Ballot position.

However, KEITH JUDD was placed on the May 8, 2012, Primary Election Ballot in West Virginia. The reported results of the May 8, 2012, Democratic Presidential Primary Election in West Virginia showed KEITH JUDD with **43% percent of the Vote**, and beating BARACK OBAMA in Southern West Virginia and at least eleven Counties.

KEITH JUDD filed several petitions with the Chief Election Officer of this State challenging BARACK OBAMA's legal qualifications for President of the United States, or for Primary or General Election Ballot placement, because BARACK OBAMA was born a Citizen of Kenya, East Africa. However, no opinion or decision issued.

KEITH JUDD filed several petitions with the State Democratic Party also challenging BARACK OBAMA's legal qualifications for President of the United States, or for Delegates to the Democratic National Convention, or for Nomination or for Electors, because BARACK OBAMA was born a Citizen of Kenya, East Africa. However, the State Democratic Party failed to render any opinion or decision.

KEITH JUDD FOR PRESIDENT.US campaigned heavily as a Write-In Candidate for President of the United States for the 2012 General Election, raising numerous issues, including the legal fact that BARACK OBAMA was born a Citizen of Kenya, East Africa (a British colony).

### RELATED LAWSUITS

On October 30, 2012, a lawsuit was filed by KEITH JUDD in the United States District Court for the Central District of California as a Complaint for Damages, with a Demand for Jury Trial. See, <u>Keith Judd v. Barack Hussein Obama, et al.</u>, No. 2:12-CV-9319-DDP(PLA). This lawsuit involves as Defendants, Barack Obama, the

Democratic National Committee, Debbie Wasserman-Schultz, Earl Ray Tomblin, the Democratic Party of West Virginia, Elizabeth Warren, Sherrod Brown, Tim Kaine, Debbie Stabanow, Tammy Baldwin, Bob Casey, Jr., Jon Tester, Joe Donnelly, and others. The claims include: 1.) Violation of Civil Rights; 2.) Violation of State Civil Rights; 3.) Intentional Infliction of Emotional Distress; and 4.) Violation of Federal and State Election Laws. Judd v. Obama, No. 2:12-CV-9319 (C.D. Cal.).

There are lawsuits in all 50 States, in both State and Federal Courts Nationwide, in which KEITH JUDD is among the Plaintiffs represented by Attorney Orly Taitz, challenging BARACK OBAMA's eligibility for Office of the President of the United States as a Citizen of Indonesia, and use of fraudulent Identification, including at least eight Social Security Numbers not assigned to him. See generally: James Grinols, Robert Odden, in their capacity as Presidential Electors, Edward C. Noonan, Thomas Gregory MacLeran, **KEITH JUDD** in their capacity as **Candidates for the U.S. President** v. Electoral College, President of the Senate, Governor of California, Secretary of State of California, U.S. Congress, **No. 12-CV-02997**, in the United States District Court for the Eastern District of California. See also, Edward Noonan, et al., v. Deborah Bowen, Secretary of State of California, No. 12A606 in the United States Supreme Court.

STANDING

Plaintiff, KEITH JUDD has standing as a Democratic Candidate for President of the United States, and as a Presidential Candidate in general. As a Natural Born Citizen of the United States, KEITH JUDD also has standing to challenge that BARACK OBAMA was born a British Citizen of Kenya, East Africa, which is not a Natural Born Citizen eligible to hold Office of the President of the United States. Lujan v. Defenders of Wildlife, 504 U.S. 555, 556-61, 112 S.Ct. 2130, 119 L.Ed.2d 351 (1992). The claims are not moot to determine whether BARACK OBAMA is Constitutionally qualified for Office of President and for removal from Office.

KEITH JUDD is still campaigning as a Presidential Candidate to replace Obama for the remainder of the Term. KEITH JUDD was the only eligible Candidate for the 2012 Nomination as Democratic Candidate for President at the Democratic National Convention. As a Candidate, KEITH JUDD has standing to raise Citizens' rights to Vote and rights of Freedom of Assembly and Privacy of Association and Belief.

### BARACK OBAMA WAS BORN A BRITISH CITIZEN OF KENYA, EAST AFRICA

Kenya was a British colony until it gained Independence in 1963. Upon gaining Independence, Kenyans were retroactively full Citizens of Kenya, East Africa. According to the Kenya Citizenship and Immigration Act, Section 7:- **"A person born outside of Kenya shall be a citizen by birth if on the date of birth that person's father was or is a citizen by birth."** The applicable British Nationality Act, made a child a British Citizen **by birth** outside of Kenya, when the father was a British Citizen of Kenya. This Court can take judicial notice of British and Kenyan Law.

Barack Obama's own released Long Form Birth Certificate show that he was born on August 4, 1961, to Ann Dunham, born in Wichita, Kansas, and Barack Obama, Sr., an African, born in Kenya, East Africa. Barack Obama's father was born a Citizen of Kenya, East Africa, a British colony.

When Barack Obama was two years old, his parents separated and later divorced. His biological father, Barack Obama Sr., returned to Kenya and was killed in an automobile accident in 1982. Obama's mother eventually married Lolo Soetoro, an Indonesian student, and eventually the family moved to Indonesia. As Legal Guardians, Obama's parents facilitated Obama to become a Citizen of Indonesia, where he attended school. On January 1, 1968, Obama entered the Roman Catholic Franciscus Assisi Primary School in Jakarta, Indonesia, registered under the name of **Barry Soetoro, an Indonesian Citizen.** Three years later in 1971, Obama enrolled in the Besuki Primary School, a government school, as **Barry Soetoro, an Indonesian Citizen.** All Indonesian students are required to study religion at school, and

4

registered as **Barry Soetoro,** Obama studied his religion listed as Islam.

In 1988, Barack Obama entered Law School at Harvard, and graduated Magna cum lande in 1991, with a doctor of law degree.

While a Senator, Barack Obama returned to Kenya to campaign for his cousin, Raila Odinga, who was seeking election as President of Kenya. After a disputed election December 27, 2007, that drew criticism from European and Kenyan monitors, Kenya's Electoral Commission delcared Kibaki the winner over challenger, Raila Odinga. Weeks of factional violence followed, in which some 1,500 people died and 600,00 were displaced. Under a February 28, 2008, power-sharing deal mediated by former UN General Koft Annan, Kibaki remained President and Odinga took the newly created post of Prime Minister. During this same time in the United States, Barack Obama was campaigning for the Democratic Nomination for President of the United States. During his campaign appearances, Obama drew criticism for refusing to salute the American Flag in demonstrated defiance. Obama also refused to wear the American Flag pin on his lapel or his tie. Due to more criticism, Obama eventually wore the American Flag pin. However, his message had been reecived.

Hillary Clinton won the popular Vote in the 2008 Democratic Presidential Primary, but the Obama Machine forced Hillary to relinquish half of her earned Delegates in Florida and Michigan. Along with the Super-Delegates, a design to ensure that Obama won the Democratic Nomination, Obama was Nominated at the Democratic National Convention, and defeated Republican Candidate, John McCain.

A barrage of complaints have been filed and voiced regarding questions over whether Barack Obama is a Natural Born Citizen or even a Citizen at all. Obama has refused to place an original or Certified Copy of his Birth Certificate into evidence in any judicial or administrative proceeding.

Why is Obama afraid to put his Birth Certificate, documents regarding his Passports, and School Transcripts available for Public and Judicial review ?

And why are Obama supporters so sensitive about any inquiry into whether Obama is a Natural Born Citizen ?

Nevertheless, given the publically released Long Form Birth Certificate and undisputed facts proves that Barack Obama was born a British Citizen of Kenya, East Africa.

### BARACK OBAMA WAS BORN A BRITISH CITIZEN OF KENYA, EAST AFRICA

Barack Obama's own released Long Form Birth Certificate show his father was a Blood-Born Citizen of Kenya, East Africa, at the time of Obama's birth on August 4, 1961. Under the Law of Kenya, East Africa (and British Law), Barack Obama was born a Citizen of Kenya, East Africa, governed by **jus sanguinis,** because his father was a Citizen of Kenya, East Africa, by birth. See, Stipa v. Dulles, 233 F.2d 551 (3rd Cir. 1956); Kenji Kamada v. Dulles, 145 F.Supp. 457 (N.D.Cal. 1956). According to the Kenya Citizenship and Immigration Act of 2011, Section 7:- "**A person born outside Kenya shall be a citizen by birth** if **on the date of birth that person's father was or is a citizen by birth.**"

There is no doubt that Barack Obama was born a British Citizen of Kenya, East Africa, under **jus sanguinis,** where Citizenship is determined by the fact that his father was a British Citizen of Kenya, East Africa, by birth, regardless of where Barack Obama was born.

At birth Barack Obama acquired his alien father's domicile of origin. See, Yarborough v. Yarborough, 290 U.S. 202, 54 S.Ct. 181, 78 L.Ed. 269 (1933); Dunlap by Wells v. Buchannan, 741 F.2d 165 (8th Cir. 1984). Barack Obama's father, who was not a citizen of the United States, cannot be a citizen of a State. See, Scott v. Sandford, 60 U.S. 393, 15 L.Ed. 691 (1856). And an alien father cannot have a domicile in any particular State of the United States. See, Farhner v. Gentzsch, 355 F.Supp. 349 (E.D.Pa. 1972). Therefore, at birth, Barack Obama's domicile of origin was Kenya, East Africa. Aquirre v. Nagel, 270 F.Supp. 535 (E.D.Mich. 1967).

The first sentence of the Fourteenth Amendment concerns acquisition of citizenship regulated by Congress in exercise of its power to establish a uniform rule of naturalization. Rogers v. Bellei, 401 U.S. 815, 28 L.Ed.2d 499, 91 S.Ct. 1061 (1971). The phrase **"subject to its jurisdiction"** excludes from its operation children of ministers, counsuls, and citizens and subjects of foreign states born within the United States. Slaughter-House Cases, 83 U.S. 36, 21 L.Ed. 394 (1873). Persons not subject to the jurisdiction of the United States at the time of birth cannot afterwards become so except by being naturalized individually, or collectively by force of treaty. Elk v. Wilkins, 112 U.S. 94, 5 S.Ct. 41, 28 L.Ed. 643 (1894).

Therefore, Barack Obama was born a British Citizen of Kenya, East Africa by **jus sanguinis** (blood), **cannot be a Natural Born Citizen of the United States**, as required qualification under Article II, Section I, Clause 5, of the United States Constitution. See, Minor v. Happersett, 88 U.S. 162, 167, 22 L.Ed. 627 (1875)( confirming those born to "citizens" "within the United States" were never in doubt of being "Natural Born Citizens."). Barack Obama, a British Citizen of Kenya, East Africa, **by birth**, is not qualified for President of the Untied States. Barack Obama was not qualified to be on the 2012 Primary or General Election Ballot or the 2008, Primary or General Election Ballot, or to receive Delegates to the Democratic National Convention or the Democratic Party Nomination or to be Commander and Chief of the Military of the United States of America.

### KEITH JUDD IS A NATURAL BORN CITIZEN OF THE UNITED STATES

Plaintiff, KEITH JUDD, was born on May 23, 1958, at St. Luke Hospitol in Pasadena, California. KEITH JUDD's mother was Lillian Mildred Russell, born in Little Rock, Arkansas on August 17, 1922. KEITH JUDD's father was Homer Tipton Judd, born in Olivet, Illinois, on January 20, 1914.

Keith Judd's father Homer Tipton Judd's parents were Anna M. Tipton and Elvin S. Judd, who were married on April 6, 1893, at the Friends Church in

Vermilion County, Illinois, and both are buried in the Cemetery next to the Friends Church in Vermilion County, Illinois.

Homer Tipton Judd's Social Security number is: 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, and he had a Z number of 023694 used to access the Los Alamos National Laboratory. According to the January 21, 2011, decision in FOIA Request No. 10-00054-P, the Los Alamos National Laboratory **"confirmed that Mr. Homer Tipton Judd was an Atomic Energy Commission (AEC) employee."** For questions call NNSA at (505)845-4519. Keith Judd's Birth Certificate lists his father's employer as the Federal Government. Homer Tipton Judd has a **"Q Clearance"**, the highest security clearance available in the Federal Government.

There is no doubt that KEITH JUDD is a Natural Born Citizen of the United States.

## PRAYER FOR RELIEF

Given the facts accepted as true by Barack Obama's own released Long Form Birth Certificate, this Court should determine as a matter of Law that Barack Obama was born a British Citizen of Kenya, East Africa.

Given the facts available in KEITH JUDD's Birth Certificate, this Court should determine as a matter of Law that KEITH JUDD is a Natural Born Citizen of the United States.

WHEREFORE, Plaintiff, KEITH JUDD, Pro Se, asks this Court for Declaratory Judgment to Declare that: 1.) Barack Obama was Born a British Citizen of Kenya, East Africa; and that, 2.) Keith Judd is a Natural Born Citizen of the United States of America; 3.) plus any other relief appropriate and just.

RESPECTFULLY SUBMITTED,

Date: March 13, 2013

*Keith Judd*

KEITH JUDD FOR PRESIDENT.US
P.O. Box 3779
Beverly Hills, CA, 90212

*Keith Judd*
KEITH JUDD, Plaintiff
Reg.#11593-051, Unit A-1
Federal Correctional Institute
P.O. Box 7000
Texarkana, Texas, 75505

VERIFICATION: I, Keith Judd, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the facts contained herein are true to the best of my knowledge and belief. *Keith Judd*

8

| STATE OF HAWAII | CERTIFICATE OF LIVE BIRTH | DEPARTMENT OF HEALTH |
|---|---|---|
| | FILE NUMBER 151 | 61 10641 |

| 1a. Child's First Name (Type or print) | 1b. Middle Name | 1c. Last Name |
|---|---|---|
| BARACK | HUSSEIN | OBAMA, II |

| 2. Sex | 3. This Birth | 4. If Twin or Triplet, This Child Born | 5a. Birth Date | Month | Day | Year | 5b. Hour |
|---|---|---|---|---|---|---|---|
| Male | Single ☒ Twin ☐ Triplet ☐ | 1st ☐ 2nd ☐ 3rd ☐ | | August | 4 | 1961 | 7:24 P.M. |

| 6a. Place of Birth: City, Town or Rural Location | 6b. Island |
|---|---|
| Honolulu | Oahu |

| 6c. Name of Hospital or Institution (if not in hospital or institution, give street address) | 6d. Is Place of Birth Inside City or Town Limits? |
|---|---|
| Kapiolani Maternity & Gynecological Hospital | Yes ☒ No ☐ |

| 7a. Usual Residence of Mother: City, Town or Rural Location | 7b. Island | 7c. County and State or Foreign Country |
|---|---|---|
| Honolulu | Oahu | Honolulu, Hawaii |

| 7d. Street Address | 7e. Is Residence Inside City or Town Limits? |
|---|---|
| 6085 Kalanianaole Highway | Yes ☒ No ☐ |

| 7f. Mother's Mailing Address | 7g. Is Residence on a Farm or Plantation? |
|---|---|
| | Yes ☐ No ☒ |

| 8. Full Name of Father | 9. Race of Father |
|---|---|
| BARACK HUSSEIN OBAMA | African |

| 10. Age of Father | 11. Birthplace | 12a. Usual Occupation | 12b. Kind of Business or Industry |
|---|---|---|---|
| 25 | Kenya, East Africa | Student | University |

| 13. Full Maiden Name of Mother | 14. Race of Mother |
|---|---|
| STANLEY ANN DUNHAM | Caucasian |

| 15. Age of Mother | 16. Birthplace | 17a. Type of Occupation Outside Home During Pregnancy | 17b. Date Last Worked |
|---|---|---|---|
| 18 | Wichita, Kansas | None | |

| 18a. Signature of Parent or Other Informant | 18b. Date of Signature |
|---|---|
| (Ann Dunham Obama) Parent ☒ Other ☐ | 8-7-61 |

| 19a. Signature of Attendant | M.D. ☒ D.O. ☐ Midwife ☐ Other ☐ | 19b. Date of Signature |
|---|---|---|
| David A. Sinclair | | 8-8-61 |

| 20. Date Accepted by Local Reg. | 21. Signature of Local Registrar | 22. Date Accepted by Reg. General |
|---|---|---|
| AUG -8 1961 | U K Lee | AUG -8 1961 |

23. Evidence for Delayed Filing or Alteration

APR 25 2011

I CERTIFY THIS IS A TRUE COPY OR ABSTRACT OF THE RECORD ON FILE IN THE HAWAII STATE DEPARTMENT OF HEALTH.

Alvin T. Onaka, Ph.D.
STATE REGISTRAR

# STATE OF CALIFORNIA

# CITY OF PASADENA
## PUBLIC HEALTH DEPARTMENT

**CERTIFICATE OF LIVE BIRTH**
STATE OF CALIFORNIA – DEPARTMENT OF PUBLIC HEALTH

Certificate Number: 1969 – 1861

| | | | | |
|---|---|---|---|---|
| **THIS CHILD** | 1a. NAME OF CHILD – FIRST NAME: Keith | 1b. MIDDLE NAME: Russell | 1c. LAST NAME: Judd | |
| | 2. SEX: Male | 3a. SINGLE: Single | 4a. DATE OF BIRTH: May 23, 1958 | 4b. HOUR: 9:15 A |
| **PLACE OF BIRTH** | 5a. PLACE OF BIRTH: St. Luke Hospital | | 5b. STREET ADDRESS: 2632 E. Washington Street | |
| | 5c. CITY OR TOWN: Pasadena | | 5d. COUNTY: Los Angeles | |
| **MOTHER OF CHILD** | 6a. MAIDEN NAME OF MOTHER – FIRST NAME: Lillian | 6b. MIDDLE NAME: Mildred | 6c. LAST NAME: Russell | 7. COLOR OR RACE OF MOTHER: White |
| | 8. AGE OF MOTHER: 35 | 9. BIRTHPLACE: Arkansas | 10. MAILING ADDRESS OF MOTHER: Same (Pasadena) | |
| **USUAL RESIDENCE OF MOTHER** | 11a. USUAL RESIDENCE OF MOTHER – STREET ADDRESS: 1605 North Altadena Drive | | 11b. IS INSIDE CITY CORPORATE LIMITS | 11d. NOT ON A FARM |
| | 11c. CITY OR TOWN: Altadena | | 11e. COUNTY: Los Angeles | 11f. STATE: California |
| **FATHER OF CHILD** | 12a. NAME OF FATHER – FIRST NAME: Homer | 12b. MIDDLE NAME: Tipton | 12c. LAST NAME: Judd | 13. COLOR OR RACE OF FATHER: White |
| | 14. AGE OF FATHER: 44 | 15. BIRTHPLACE: Illinois | 16a. PRESENT OR LAST OCCUPATION: Resident Inspector | 16b. KIND OF INDUSTRY OR BUSINESS: Federal Government |
| **INFORMANT'S CERTIFICATION** | I HAVE REVIEWED THE ABOVE STATED INFORMATION AND HEREBY CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE | 17a. PARENT OR OTHER INFORMANT – SIGNATURE: Mildred R. Judd | | 17b. DATE SIGNED BY INFORMANT: May 26, 1958 |
| **ATTENDANT'S CERTIFICATION** | I HEREBY CERTIFY THAT I ATTENDED THIS BIRTH AND THAT THE CHILD WAS BORN ALIVE AT THE HOUR, DATE AND PLACE STATED ABOVE | 18a. PHYSICIAN SIGNATURE | | 18b. ADDRESS: Pasadena, Cal. |
| **REGISTRAR'S CERTIFICATION** | 19. DATE ON WHICH NAME ADDED BY SUPPLEMENTAL NAME REPORT | 20. LOCAL REGISTRAR | | 21. DATE RECEIVED BY LOCAL REGISTRAR: JUN 2 1958 |

This is to certify that this document is a true copy of the official record filed with the City of Pasadena.

ERIC G. WALSH, M.D.
HEALTH OFFICER

DATE ISSUED: 02/14/2013

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

*VOID VOID VOID* (watermark throughout)



**Department of Energy**
**National Nuclear Security Administration**
Service Center
P. O. Box 5400
Albuquerque, NM 87185



January 21, 2011

CERTIFIED MAIL – RETURN RECEIPT REQUESTED

Mr. Keith Russell Judd
Federal Correctional Institute
Reg. # 11593-051, Unit K-2
P.O. Box 7000
Texarkana, TX 75505

Dear Mr. Judd:

This letter is the final response to your January 20, 2009 Freedom of Information Act (FOIA) request for a copy of all records related to Mr. Homer Tipton Judd.

I also contacted the Personnel Security Department (PSD) about Mr. Judd's Personnel Security File (PSF). PSD searched and could not locate a PSF for Mr. Judd, nor is he in any of their systems indicating that he had a U.S. Department of Energy access authorization.

I contacted the Los Alamos Site Office (LASO) that has oversight responsibility for the Los Alamos National Laboratory (LANL) about your request. The Site Office asked LANL to search for responsive records. LANL searched and determined that Mr. Homer Tipton Judd was not a LANL employee. LANL confirmed that Mr. Homer Tipton Judd was an Atomic Energy Commission (AEC) employee. The LANL located the enclosed medical records, radiation exposure records and H-2 Master Patient Index Card for Mr. Judd. They are provided in their entirety.

Because LANL stated Mr. Judd was an AEC employee, I contacted the Office of Human Capital Management Services about an Official Personnel File (OPF). All OPFs are sent to the National Archives within 120 days of an employee's departure. If Mr. Judd was a federal employee, you can obtain access to the OPF by sending a letter to the National Archives. The letter must include his full name, social security number, date of birth, name of the federal employing agency and the approximate dates of federal employment/separation. The National Archives address is: Rocky Mountain Region, P.O. Box 25307, Denver, CO 80225. The National Archives can be contacted at (303) 407-5740.

There are no fees chargeable to you for processing this request.

If you have any questions, please contact Ms. Elizabeth Donnelly by telephone at (505) 845-4519, by email at edonnelly@doeal.gov or the address listed above. Please reference Control Number FOIA 10-00054-P.

SSN: 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

Sincerely,

Carolyn A. Becknell
Freedom of Information Act Officer
Office of Public Affairs

Enclosures