IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH JUDD FOR PRESIDENT.US, Plaintiff,

v.

BARACK OBAMA (an individual);
Deborah Bowen, Secretary of State of California;
Democratic Party of California, Defendants.

No. 2:13-cv-0537-KJM-AC (PS)

**FILED**

MAR 18 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

MOTION FOR WAIVER OF FEES

Plaintiff, Keith Judd, asks this Court for a Waiver of Fees, Article III of the U.S. Constitution due to inability to pay.

AFFIDAVIT OF INABILITY TO PAY FILING FEE/COSTS

**ASSETS**

**EMPLOYMENT**
- Are you now: [ ] Yes  [X] No  [ ] Am Self-Employed
- Name and address of employer: ___
- IF YES, how much do you earn per month? $ ___
- IF NO, give month and year of last employment: Feb, 1994
- How much did you earn per month? $ 400.00
- If married is your Spouse employed? [ ] Yes [X] No
- IF YES, how much does your Spouse earn per month? $ NA
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? [ ] Yes [X] No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
  - RECEIVED: $ 0
  - SOURCES: NA

**CASH**
- Have you any cash on hand or money in savings or checking accounts? [ ] Yes [X] No  IF YES, state total amount $ 0

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? [ ] Yes [X] No
- IF YES, GIVE THE VALUE AND DESCRIBE IT $
  - VALUE: 0
  - DESCRIPTION: NA

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: [ ] SINGLE  [X] MARRIED  [ ] WIDOWED  [ ] SEPARATED OR DIVORCED
- Total No. of Dependents: 1
- List persons you actually support and your relationship to them: NA

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | | NA | NA |
| | | NA | NA |
| | | NA | NA |
| | | NA | NA |

I certify under penalty of perjury that the foregoing is true and correct.
The information herein is protected from public disclosure by the Judicial Conference Policy on Public Access to Electronic Criminal Case Files

Executed on (date) 3-13-13

SIGNATURE   ▶  *Keith Judd*

KEITH RUSSELL JUDD, Petitioner