UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH JUDD,

    Plaintiff,

v.

BARACK OBAMA, et al.,

    Defendants.

No. 2:13-cv-0537 KJM AC PS

<u>ORDER</u>

On July 1, 2014, the undersigned issued findings and recommendations recommending that this action be dismissed for plaintiff's failure to prosecute in light of his failure to keep the Court apprised of his current address. Plaintiff has since filed objections.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The July 1, 2014 Findings and Recommendations (ECF No. 9) are vacated; and
2. Plaintiff shall file the documents necessary for service of process, as set forth in this Court's May 23, 2013 order, with the United States Marshal on or before September 19, 2014.

DATED: August 22, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1